IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

K. R. JOHNSON,

    Petitioner,                                 No. CIV S-07-0860 ALA HC

    vs.

UNNAMED,

    Respondent.                             <u>ORDER</u>

_____/

      Petitioner K. R. Johnson, a state prisoner proceeding pro se, has filed a petition for state court habeas corpus relief, which appears to have been intended to be filed in the Superior Court of California, County of Kern. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rules 72-302-04.

      On June 19, 2007, the Magistrate Judge in the above-captioned case recommended that this petition be dismissed. Copies of the Magistrate Judge's Findings and Recommendations were served on all parties and contained notices that any objections to the Findings and Recommendations were to be filed within twenty days. Neither party has filed objections to the June 19, 2007, Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1) and Local Rule 72-304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

Court finds the Magistrate Judge's recommendation that this matter be dismissed is supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Magistrate Judge's recommendation that this matter be dismissed is adopted; and

2. The Petitioner's petition for state court habeas corpus relief is dismissed.

DATED: August 7, 2007

/s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
Sitting by Designation